IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § | CRIMINAL NO. H-09-296-3 |
| AMANCIO ABURTO-GAMINO | § | |

**O R D E R**

The defendant Amancio Aburto-Gamino filed an unopposed motion for continuance of the sentencing hearing. (Docket Entry No. 131). The motion for continuance is GRANTED. The sentencing hearing is reset to **November 3, 2010, at 9:00 a.m.**

SIGNED on September 21, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge