IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL NO. H-09-296-3 |
| | § |
| AMANCIO ABURTO-GAMINO | § |

**O R D E R**

The defendant Amancio Aburto-Gamino filed an unopposed motion for continuance of the sentencing hearing. (Docket Entry No. 147). The motion for continuance is GRANTED. The sentencing hearing is reset to **November 9, 2010, at 9:00 a.m.**

SIGNED on November 1, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge